No. 67369.—Otto Morawetz *v.* United States, protests 58/15182, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics, valued at more than $5.50 per pound, similar

in use to woven silk fabrics and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.